UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

John Doe,

                Plaintiff(s),

v.                                           Case No. 2:16−cv−13174−DML−SDD
                                               Hon. David M. Lawson

Jeffery Frumkin, et al.,

                Defendant(s),

## NOTICE OF MOTION HEARING

You are hereby notified to appear before District Judge David M. Lawson at the United States District Court, Theodore Levin U.S. Courthouse, 231 W. Lafayette Boulevard, Detroit, Michigan. Please report to Room 250. The following motion(s) are scheduled for hearing:

Motion for Protective Order – #148

- MOTION HEARING:  August 20, 2019 at 02:00 PM

## Certificate of Service

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                                                     By: s/S. Pinkowski
                                                                        Case Manager

Dated:  July 22, 2019