**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

**JOHN DOE**, *an individual*,

    Plaintiff,

vs.

**DAVID H. BAUM**, **SUSAN PRITZEL**, **TABITHA BENTLEY**, **E. ROYSTER HARPER**, **NADIA BAZZY**, **ERIK WESSEL**, **JEFFERY FRUMKIN** and **ROBERT SELLERS**, *employees of the University of Michigan, sued in his or her personal and official capacities*, *jointly and severally*, **UNIVERSITY OF MICHIGAN** (as to Counts IV & V: Title IX violations), and **BOARD OF REGENTS OF THE UNIVERSITY OF MICHIGAN**, *a constitutional corporate body* (as to Counts IV, V, &VII: Title IX violations & disparate impact ELCRA claim),

    Defendants.

Case No.  16-cv-13174
Hon. David M. Lawson
Mag. Stephanie Dawkins Davis

**PLAINTIFF'S NOTICE OF APPEAL**

---

**DEBORAH GORDON LAW**
Deborah L. Gordon (P27058)
Attorney for Plaintiff
33 Bloomfield Hills Parkway, Suite 220
Bloomfield Hills, Michigan 48304
(248) 258-2500
dgordon@deborahgordonlaw.com

**UNIVERSITY OF MICHIGAN OFFICE OF THE VICE PRESIDENT AND GENERAL COUNSEL**
Patricia M. Petrowski (P80361)
Attorneys for Defendants
503 Thompson St. Room 5010
Ann Arbor, MI  4810-1340
(734) 734-0304
ppetrows@umich.edu

**MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.**
Megan P. Norris (P39318)
Brian M. Schwartz (P69018)
Attorneys for Defendants
150 West Jefferson, Suite 2500
Detroit, Michigan 48226
(313) 963-6420
norris@millercanfield.com
schwartz@millercanfield.com

**JENNER & BLOCK LLP**
David W. DeBruin (337626)
Ishan K. Bhabha
Attorneys for Defendants
1099 New York Ave., N.W., Suite 900
Washington, DC 20001
(202) 639-6015
ddebruin@jenner.com
ibhabha@jenner.com

## PLAINTIFF'S NOTICE OF APPEAL

TO: ALL COUNSEL OF RECORD
CLERK, U.S. COURT OF APPEALS

Notice is hereby given that the Plaintiff in the above-captioned case, John Doe, hereby appeals to the United States Court of Appeals for the Sixth Circuit from the Order [ECF 157] entered in this action on September 30, 2019, granting in part and denying in part Defendants' Motion to Dismiss, Plaintiff's Motion for Partial Summary Judgment [and Injunctive Relief], and Plaintiff's Motion for Interim [Injunctive] Relief, and Denying Plaintiff's Motion for Interim Attorney Fees.

Dated: October 29, 2019

Respectfully submitted,
**DEBORAH GORDON LAW**
/s/Deborah L. Gordon (P27058)
Attorney for Plaintiff
33 Bloomfield Hills Parkway, Suite 220
Bloomfield Hills, Michigan 48304
(248) 258-2500
dgordon@deborahgordonlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on October 29, 2019, I electronically filed the foregoing document with the Clerk of the Court using the ECF system, which will send notification of such filing and service of said documents to all parties through their counsel of record and to the Clerk, U.S. Court of Appeals for the Sixth Circuit.

**DEBORAH GORDON LAW**
/s/Deborah L. Gordon (P27058)
Attorney for Plaintiff
33 Bloomfield Hills Parkway, Suite 220
Bloomfield Hills, Michigan 48304
(248) 258-2500