# UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

|  |  |  |
|---|---|---|
| Deborah S. Hunt<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: December 19, 2019

Mr. David W. DeBruin
Jenner & Block
1099 New York Avenue, N.W., Suite 900
Washington, DC 20001

Ms. Deborah L. Gordon
Law Offices
33 Bloomfield Hills Parkway, Suite 220
Bloomfield Hills, MI 48304

Re: Case No. 19-2372, *In re: John Doe*
Originating Case No.: 2:16-cv-13174

Dear Counsel,

The Court issued the enclosed Order today in this case. Prior to filing the required response, counsel for respondents must file an appearance of counsel form.

Sincerely yours,

s/Laura A. Jones
Case Management Specialist
Direct Dial No. 513-564-7023

cc: Mr. David J. Weaver

Enclosure

No. 19-2372

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

FILED
Dec 19, 2019
DEBORAH S. HUNT, Clerk

| | |
|---|---|
| In re: JOHN DOE, ) | |
| ) | O R D E R |
| Petitioner. ) | |

John Doe, the plaintiff in the proceedings below, petitions for a writ of mandamus directing the district court to give effect to this court's earlier mandate in *Doe v. Baum*, No. 17-2213, 903 F.3d 575 (6th Cir. 2018). In accordance with Federal Rule of Appellate Procedure 21(b)(1), the respondents, defendants in the case below, are **ORDERED** to file an answer within twenty-one (21) days from the entry date of this order.

ENTERED BY ORDER OF THE COURT

Deborah S. Hunt, Clerk