# UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | 100 EAST FIFTH STREET, ROOM 540 | |
|---|---|---|
| Deborah S. Hunt | POTTER STEWART U.S. COURTHOUSE | Tel. (513) 564-7000 |
| Clerk | CINCINNATI, OHIO 45202-3988 | www.ca6.uscourts.gov |

Filed: May 26, 2020

Mr. Ishan Kharshedji Bhabha
Jenner & Block
1099 New York Avenue, N.W., Suite 900
Washington, DC 20001

Mr. David W. DeBruin
Jenner & Block
1099 New York Avenue, N.W., Suite 900
Washington, DC 20001

Ms. Deborah L. Gordon
Law Offices
33 Bloomfield Hills Parkway, Suite 220
Bloomfield Hills, MI 48304

Ms. Elizabeth Ann Marzotto Taylor
Law Offices
33 Bloomfield Hills Parkway, Suite 220
Bloomfield Hills, MI 48304

Mr. Brian M. Schwartz
Miller Canfield
150 W. Jefferson Avenue, Suite 2500
Detroit, MI 48226

      Re:  Case No. 19-2270, *John Doe v. David Baum, et al*
         Originating Case No. : 2:16-cv-13174

Dear Sir or Madam,

 The Court issued the enclosed (Order/Opinion) today in this case.

                Sincerely yours,

                s/Connie A. Weiskittel
                Mediation Administrator

cc: Mr. David J. Weaver
Enclosure

No mandate to issue

Case No. 19-2270

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

## ORDER

JOHN DOE

    Plaintiff - Appellant

v.

DAVID H. BAUM; SUSAN PRITZEL; TABITHA BENTLEY; E. ROYSTER HARPER; NADIA BAZZY; ERIK WESSEL; UNIVERSITY OF MICHIGAN; BOARD OF REGENTS OF THE UNIVERSITY OF MICHIGAN; JEFFERY FRUMKIN; ROBERT SELLERS; ANTHONY WALESBY

    Defendants - Appellees

In accordance with Rule 33, Rules of the Sixth Circuit, and upon consideration of the parties' stipulation to dismiss,

It is **ORDERED** that the case is dismissed pursuant to 42(b), Federal Rules of Appellate Procedure.

        **ENTERED PURSUANT TO RULE 33,**
        **RULES OF THE SIXTH CIRCUIT**
        Deborah S. Hunt, Clerk

Issued: May 26, 2020